Mark P. Breyer (Bar No. 016862)
James J. Cupero (Bar No. 035376)
BREYER LAW OFFICES, P.C.
3840 East Ray Road
Phoenix, Arizona 85044
(480) 496-7309
minutes@breyerlaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Leena Lee, a single individual,<br><br>Plaintiff,<br><br>vs.<br><br>United States Department of Homeland Security, a federal executive department; U.S. Immigration and Customs Enforcement, a federal agency; Andrew Paul Swierski and Jane Doe Swierski, husband and wife; John and Jane Does 1-5; and ABC Corporations 1-5,<br><br>Defendants. | No.<br><br>**COMPLAINT FOR DAMAGES**<br><br>**(Tort - Motor Vehicle)** |

The Plaintiff, Leena Lee, by and through undersigned counsel, for her complaint against the Defendants named herein alleges as follows:

## PARTIES

1. Leena Lee was, at all times relevant to this action, a resident of Maricopa County, Arizona. At the time of the incident described herein, the Plaintiff is single and continues to be single at this time.

1

2. The Defendant United States Department of Homeland Security (DHS) is the federal executive department of the United States responsible for public security and doing business in Pinal County, Arizona. Plaintiff further alleges that this Defendant has duly authorized agents and/or servants and/or employees within Pinal County, Arizona, and that said agents and/or servants and/or employees were acting within the scope of their authority and for the benefit of this particular Defendant at the time of the incident, acts and omissions alleged herein.

3. The Defendant U.S. Immigration and Customs Enforcement (ICE) is a federal law enforcement agency and a subsidiary of Defendant United States Department of Homeland Security doing business in Pinal County, Arizona. Plaintiff further alleges that this Defendant has duly authorized agents and/or servants and/or employees within Pinal County, Arizona, and that said agents and/or servants and/or employees were acting within the scope of their authority and for the benefit of this particular Defendant at the time of the incident, acts and omissions alleged herein.

4. Upon information and belief, Defendants Andrew Paul Swierski and Jane Doe Swierski are residents of Maricopa County, Arizona.

5. At all times relevant hereto, the Defendant Andrew Paul Swierski was acting individually and on behalf of the marital community, if any, of Defendant Andrew Paul Swierski and Jane Doe Swierski, whose true name is unknown to Leena Lee.

6. John and Jane Does 1-5 and ABC Corporations 1-5 are persons or entities whose conduct, true names and identities are unknown at this time. Leena Lee requests leave to amend this pleading when that information is discovered.

7. The acts and omissions complained of herein occurred in Pinal County, Arizona, within the jurisdiction of this Court.

## JURISDICTION AND VENUE

8. This Court has jurisdiction pursuant to U.S.C. § 1332, in that it is a civil action between parties with complete diversity of citizenship and the amount in controversy, exclusive of interests and costs, exceeds the jurisdictional minimum of $75,000.00.

9. Venue is proper in the District of Arizona pursuant to U.S.C. § 1391(b)(2) in that a substantial part of the events giving rise to the claim occurred in the District of Arizona.

10. Plaintiff filed a proper and timely notice of claim pursuant to 28 U.S.C. § 2675(a) and 28 C.F.R. § 14.2(a) pursuant to the Federal Tort Claims Act as it pertains to Defendants U.S. Immigration and Customs Enforcement and United States Department of Homeland Security on or about October 13, 2020.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

11. On October 24, 2019, Plaintiff was in her vehicle traveling northbound on State Route 187 in Pinal County, Arizona. As she approached the intersection with State Route 87, she completed her stop for the designated stop sign and began her left-hand turn from the intersection when her vehicle was violently struck on the passenger side by an unmarked government vehicle being driven by Defendant ICE Officer Andrew Paul Swierski.

12. Upon information and belief, there have been several collisions at this intersection as motorists turn left onto State Route 187.

13. As a result of this collision, Plaintiff Leena Lee sustained serious and permanent injuries.

14. Defendants, including Defendant Andrew Paul Swierski, and each of them were acting within the course and scope of their employment or under the direction and control of Defendants United States Department of Homeland Security,

U.S. Immigration and Customs Enforcement, State of Arizona and/or Pinal County such that legal liability is imputed to Defendants under the doctrine of Respondeat Superior and agency principles for the acts of Defendants.

15. Defendants and each of them were independently negligent in the hiring, training, retention, and/or supervision of their employees, including Defendant Andrew Paul Swierski, which was a proximate cause of incident.

## COUNT ONE – NEGLIGENCE
### (Against Defendants DHS, ICE and Swierski)

16. Plaintiff hereby realleges and incorporates by reference paragraphs 1-15 of this complaint as though fully set forth herein.

17. Upon information and belief, Defendant Andrew Paul Swierski was traveling at a high rate of speed, driving too fast for conditions and failed to keep a lookout for the safety of others as he entered the intersection.

18. As a result of the negligence, Defendant Andrew Paul Swierski violently struck Leena Lee's vehicle, causing a serious and violent collision and subsequent injuries to Plaintiff Leena Lee.

19. The Defendant, Andrew Paul Swierski, drove negligently and was a contributing cause of the collision with Leena Lee's vehicle.

20. Defendants United States Department of Homeland Security, U.S. Immigration and Customs Enforcement and Swierski had a duty to Plaintiff and breached that duty.

21. Injury was a foreseeable consequence of the Defendants United States Department of Homeland Security, U.S. Immigration and Customs Enforcement and Swierski's breach.

## COUNT TWO – DAMAGES

22. Plaintiff hereby realleges and incorporates by reference paragraphs 1-21 of this complaint as though fully set forth herein.

23. As an actual, direct and proximate result of the Defendants' negligence, Leena Lee suffered to date and will, to a reasonable probability, continue to suffer in the future, damages for pain, discomfort, suffering, disability, emotional stress and anxiety.

24. As an actual, direct and proximate result of the Defendants' negligence, Leena Lee suffered to date and will, to a reasonable probability, continue to suffer in the future, damages for permanent scarring and disfigurement.

25. As an actual, direct and proximate result of the Defendants' negligence, Leena Lee has incurred reasonable expenses of necessary medical care, treatment and services rendered and such expenses are reasonably probable to be incurred in the future.

26. As an actual, direct and proximate result of the Defendants' negligence, Leena Lee has lost earnings to date and will experience a decrease in earning power or capacity reasonably probable to occur in the future as well as other special/economic damages, past and future.

27. As an actual, direct and proximate result of the Defendants' negligence, Leena Lee has sustained and will sustain to a reasonable probability in the future, physical, emotional, personal property and other financial losses.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Leena Lee prays for judgment against the Defendants as follows:

    A. For general compensatory damages in a just and reasonable amount;

1         B.      For the reasonable value of special damages incurred to date and those that will be incurred in the future for reasonable and necessary medical care;

3         C.      For the reasonable value of special damages incurred to date and those that will be incurred in the future for lost earnings or wages and future lost earnings or wages;

6         D.      For out of pocket expenses incurred;

7         E.      For court costs incurred; and

8         F.      For such other and further relief as the Court deems just and proper.

Dated:  April 16, 2021.

**BREYER LAW OFFICES, P.C.**

/s/ James J. Cupero
Mark P. Breyer
James J. Cupero
3840 East Ray Road
Phoenix, Arizona  85044
Attorneys for Plaintiff

208799

6